**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA S. BELL, <br>     Plaintiff, <br> v. <br> ACCREDITED HOME LENDERS INC.; SELECT PORTFOLIO SERVICING, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND DOES 1-50, INCLUSIVE, <br>     Defendants. | Case No. EDCV 11-00064 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>March 25, 2011</u>

                                            VIRGINIA A. PHILLIPS <br>
                                      United States District Judge